IN THE UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| ERIC SALOOM, | CIVIL DIVISION |
| Plaintiff, | No. 2:21-CV-1225-RJC |
| v. | |
| MILLER PLASTIC PRODUCTS INC, | |
| Defendant. | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their undersigned counsel, hereby dismiss this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees and costs.

Dated this 19th day of July 2022.

Respectfully submitted:

| | |
|---|---|
| */s/ Mary Lemieux-Fillery* | */s/ Robert A. Bracken* |
| Mary Lemieux-Fillery | Robert A. Bracken |
| PA ID No. 312785 | PA ID No. 206095 |
| MaryF@EricShore.com | rab@brackenlamberton.com |
| | |
| LAW OFFICES OF ERIC A. SHORE, P.C. | BRACKEN LAMBERTON, LLC |
| Two Penn Center, Suite 1240 | 707 Grant Street, Suite 1705 |
| 1500 John F. Kennedy Boulevard | Pittsburgh, PA 15219 |
| Philadelphia, PA 19102 | |
| | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |